IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_Civil Rights_ DIVISION

Donald W. Jones
223 Lee Road 283
Salem, Alabama 36874

Plaintiff(s),

v.

District Atty Kenneth Davis _Senior_
Nicoles Porter DA's Office

Defendant(s).

RECEIVED
2007 JAN 29 A 10: 14
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CIVIL ACTION NO. 3:07-CV-81-WKW

_Senior_ —
See attached sheet

## COMPLAINT

1. Plaintiff(s)' address and telephone number: Donald W. Jones 223 Lee Road 283 Salem, Alabama 36874 334-298-3225

2. Name and address of defendant(s): Sheriff Jay Jones - Lee County Justice Center, Opelika, Alabama

3. Place of alleged violation of civil rights: Opelika Lee County Alabama - Auburn - Lee County Alabama

4. Date of alleged violation of civil rights: ____

5. State the facts on which you base your allegation that your constitutional rights have been violated: Prior to leaving my residence at 295 Lee Road 283 Salem Alabama 36874 I reported Ms Colson for the abuse (corruption) of the Sheriff's Dept "Sweetheart" wife making deals for wealthy real estate people etc etc. An incident occurred at Sears Roebuck in Alabama since Sears would not honor a warranty on a stereo. I was taken to a Lee County Jail holding cell, harrassed & abused mentally & physically. My wife was forced by a Ms Sistrunk to go back home 5 times to get proof of ownership of real estate in order to be able to post bond. My watch was broken purposely and I was not allowed to wash the fingerprint ink from my hands and when I got home and took a shower having forgotten

THE FINGERPRINTS HAVE BEEN DAMAGED BY TAPE. I LEFT ALA ON 8-3-05 BECAUSE MY RELATIVES STOLE MY SS DISABILITY CHECK AND WAS BEING HARASSED BY LEE COUNTY DEPUTIES IN PARTICULARLY A SGT. JUSA WHO INITIALLY REFUSED TO LET ME SWEAR OUT A WARRANT AGAINST ONE MARCOS STOTT WHOM I'M CONVINCED DANIEL SALAZAR HIRED TO COMPLETE THE THEFT. BECAUSE I HAD NO ID I COULDN'T GET ANY MEDS AND ENDED UP IN THE MENTAL WARD IN A HOSPITAL IN PANAMA CITY, FLA. I CAN GET MEDICAL RECORDS. OUT OF NECESSITY, I LIVED IN MY CAR, ON THE STREETS, AND IN SHELTERS UNTIL I ENDED UP IN THE MENTAL WARD IN SOPC. FORTUNATELY, MONARCH ESTATES TOOK ME IN AND IT TOOK MONTHS TO GET MY CHECKS STRAIGHT. WACHOVIA, REGIONS, CITIZENS BANK AND SOME OF THESE RICH PEOPLE I CRITICIZED TRIED TO HAVE ME PUT IN JAIL ON BOGUS W/I CHARGES TO NO AVAIL. THEY BUSTED RECENTLY AND MR. JONES JUMPED MY ARREST BY GETTING THE OPELIKA POLICE DEPT TO ARREST ME ON THE SEARS-AUBURN CHARGE. I HAD SEEN 2 ATTORNEYS WHO TOLD ME THERE WAS A WARRANT IN RUSSELL COUNTY BUT NONE IN LEE COUNTY. WHEN I LEFT HOME I WENT BY JUDGE LOWE'S OFFICE ON OR ABOUT SEPTEMBER-05-04 AND LEFT THE JUDGE A NOTE STATING I THOUGHT SOMETHING THERE WAS GOING TO HAPPEN AND WHEN I RETURNED TO LEE COUNTY ALABAMA ON 9-2-6 APPARENTLY IT HAD AND JAY JONES HAD A MORE INTENSE VENDETTA AGAINST. I CALLED JOEL WILLIS FROM FLA. AND TOLD HIM WHY I COULDN'T LEAVE FLA PRIOR TO 9-2-05 AND HE PROMISED TO HANDLE THINGS BUT HE DID NOT. I CALLED THE LEE COUNTY SHERIFF'S OFFICE NUMEROUS TIMES AND WAS TOLD THERE WERE NO WARRANTS OUT FOR ME BUT ON ABOUT 6 CARS PURSUED ME W/LIGHTS AND I BECAME DISORIENTED AND THEY "PULLED ME OVER" BECAUSE I WAS DRIVING ERRATICALLY AND PUT ME IN JAIL FOR FTA. ATTACHED ARE 2 POLICE REPORTS. IF THERE WAS A WARRANT OUT FOR ME WHY WASN'T I ARRESTED THEN? ON THE ORIGINAL ARREST DATE PER SEARS I WAS REFUSED A COPY OF THE COMPLAINT AND POLICE REPORT.

6. Relief requested: Stop Harassment by Jay Jones and have Sears charges dropped.

Date: 1/25/07

_Donald W. Jones_
Plaintiff(s) Signature

I have been very ill, mentally & physically because of all of this and can provide documentation. Please help me to prevent Lee County & Russell County & Chambers County Law Enforcement from harassing & intimidating me and drop the charges relative to Sears. This isn't the worst thing they have tried to do to me but I am afraid to put it in writing. Please have someone contact me – Joel Collins told me on 9-2-05 I would be arrested since I came back to Alabama and I have been threatened & harassed ever since. Joel Collins is an attorney in P.C. Ala–

2

_Anita S. Reece_    MY COMMISSION EXPIRES AUG. 2, 2009

# Attachment

# ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

| Field | Value |
|---|---|
| VICTIM SSN | 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 |
| COMPLAINANT SSN | 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 |
| 1. INCIDENT/OFFENSE/SUPPLEMENT | OFFENSE |
| 2. CASE # | 06-01078 |
| 5. DATE AND TIME OF THIS REPORT | 10/18/06 10:20 MIL |
| 6. AGENCY NAME | Opelika Police Dept. |
| 8. REPORTED BY | Huber, David Alvin |
| 9. ADDRESS | 2106 S. Long Street, #28, Opelika, AL 36801 |
| 10. PHONE | (334) 749-9475 |
| 12. VICTIM | Jones, Donald W. |
| 13. ADDRESS | 2106 S. Long Street, #28, Opelika, AL 36801 |
| 14. PHONE | (251) 209-5417 |
| 15. EMPLOYER/SCHOOL | Unemployed |
| 19. RESIDENT | Resident |
| 20. INJURY | N |
| 21. RACE | W |
| 22. SEX | Male |
| 23. HGT | 5'10 |
| 24. WGT | 240 |
| 25. DOB | 07/11/42 |
| 26. AGE | 64 |
| 27. OFFENDER KNOWN TO VICTIM | Y |
| 30. TYPE INCIDENT OR OFFENSE | Missing Person |
| 38. PLACE OF OCCURRENCE | 2106 S. Long Street, #28, Opelika, AL (Residence) |
| 39. SECTOR | 014 |
| 45. TIME | 07:30 PM MIL |
| OCCURRED BETWEEN | 10/16/06 |
| 52. TIME | 10:00 PM MIL |
| | 10/18/06 |
| 46. DAY | W |
| 47. LIGHTING | Natural |
| 48. WEATHER | Clear |
| 49. PREMISE | Residence |

## Property Description

*** If the Sheriff didn't "know" the warrant why wasn't I arrested for?

# ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

*ENTERED TM* (stamp)

| Field | Value |
|---|---|
| VICTIM SSN | 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 |
| COMPLAINANT SSN | — |
| INCIDENT/OFFENSE/SUPPLEMENT | 2 OFFENSE |
| 2 CASE # | 06-011428 |
| 4 ORI # | 043-0200 |
| 5 DATE AND TIME OF THIS REPORT | 11/07/06  20:35  PM |
| 6 AGENCY NAME | OPELIKA POLICE DEPT. |
| 8 REPORTED BY | VICTIM |
| 12 VICTIM | JONES, DONALD WINFORD |
| 13 ADDRESS | 2106 S. LONG ST. LOT 28 OPELIKA AL 36801 |
| 14 PHONE | (334) 749-94__ |
| 15 EMPLOYER | UNEMPLOYED |
| 19 | NON-RESIDENT |
| 20 INJURY | N |
| 21 RACE | W |
| 22 SEX | MALE |
| 23 HGT | 5'8" |
| 24 WGT | 285 |
| 25 DOB | 07/19/42 |
| 26 AGE | 64 |
| 27 OFFENDER KNOWN | Y |
| 30 TYPE OFFENSE | HARASSING COMMUNICATIONS (MISD.) |
| 38 PLACE OF OCCURRENCE | 2106 S. LONG ST. LOT 28 OPELIKA AL (YOUNGS TP) |
| 39 SECTOR | 014 |
| 45 TIME | 17:00 PM |
| 46 DAY | W |
| 47 LIGHTING | ART. INT. |
| 48 WEATHER | CLOUDY |
| 49 PREMISE | RESIDENCE |
| 52 TIME | 17:05 PM |
| OCCURRED ON | 11/07/06 |

**Property Description / Narrative:**

"If the Sheriff didn't "serve" the warrant why wasn't I arrested for?"