IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_Civil Rights_ DIVISION

RECEIVED
2007 JAN 29 A 10: 14

_[illegible] P. HACKETT, CLK_
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Donald W. Jones
283 Lee Road 283
Salem, Alabama 36874

**Plaintiff(s)**

v.

Sheriff Jay Jones
2311 Gateway Dr.
Opelika, Alabama 36801

**Defendant(s)**

3:07-CV-81-WKW

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) _Donald W. Jones_ moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

_Donald W. Jones_
Plaintiff(s) signature

_Anita [illegible]_   MY COMMISSION EXPIRES AUG. 2, 2009

AO 240 Reverse (Rev. 10/03)

I will continue to receive SS and VA/VRM check w/discontinue on 2-1-07. I recently found it necessary to file BK and can pay the fees in installments.

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

   I am legally separated from Juliette Jones and she owns real estate - I do not know what I w/receive if anything.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   None

I declare under penalty of perjury that the above information is true and correct.

_1/25/07_          _Donald W Jones_
Date               Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

_Anita Reese_

MY COMMISSION EXPIRES AUG. 2, 2009