IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DONALD W. JONES, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:07-cv-00081-WKW |
| JAY JONES, | ) |
| Defendant. | ) |

**ORDER**

It is ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Charles S. Coody for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 2nd day of February, 2007.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE