IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DONALD W. JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:07-cv-00081-WKW |
| | ) |
| JAY JONES, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On February 5, 2007, the Magistrate Judge filed a Recommendation (Doc. # 4) that the claims of Plaintiff be dismissed without prejudice. Upon an independent review of the file in this case, upon consideration of the Recommendation of the Magistrate Judge, and there being no timely objections filed, it is hereby ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 4) is ADOPTED; and

2. Plaintiff's Complaint (Doc. # 1) is DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this 6th day of March, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE